IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ISRAEL WILLIAMS, JR., ID # 1163553,    )
              Petitioner,    )
                    )
vs.                      )      No. 3:07-CV-1939-L
                    )          ECF
NATHANIEL QUARTERMAN, Director,    )
Texas Department of Criminal    )
Justice, Correctional Institutions Division,    )
              Respondent.    )

## RECOMMENDATION REGARDING CERTIFICATE OF APPEALABILITY

A Notice of Appeal has been filed in the above captioned action in which:

(**X**)    the District Court has entered a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254.

Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the undersigned Magistrate Judge recommends as follows:

**IFP STATUS**:

(**X**)    the party appealing should be GRANTED *in forma pauperis* status on appeal.

**COA**:

(  )    a Certificate of Appealability should be GRANTED.  (See issues set forth below).
(**X**)    a Certificate of Appealability should be DENIED.  (See reasons stated below).

**REASONS FOR DENIAL:** For the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **May 8, 2008**, which the District Court accepted on **June 30, 2008**, the habeas corpus petition is barred by the statute of limitations. *See* 28 U.S.C. § 2244(d); *Sonnier v. Johnson*, 161 F.3d 941, 943-44 (5th Cir. 1998).  Petitioner has failed to show that reasonable jurists would find it debatable whether the Court was correct in dismissing his case as time barred. *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).

      **DATED this 28th of July, 2008.**

                                   IRMA CARRILLO RAMIREZ
                                   UNITED STATES MAGISTRATE JUDGE